**Order filed September 10, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00625-CV

_____

**WILLIAM AND HOPE DADZIE, Appellants**

**V.**

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC3, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1018834**

---

## O R D E R

The notice of appeal in this case was filed July 19, 2013. No clerk's record has been filed. On July 31, 2013, the court reporter for this case advised the court that appellants are not appealing as indigent and they have not made payment

arrangements for preparation of the record. To date, the filing fee of $175.00 has not been paid. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **September 25, 2013.** *See* Tex. R. App. P. 5. Appellant is also ordered to make payment arrangements for preparation of the record and provide this court with proof of payment.

If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM